JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIA SUTTLE,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL WHITAKER,<br><br>    Respondent. | Case No. CV 19-5168-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Memorandum And Order Summarily Dismissing Habeas Petition For Lack Of Jurisdiction,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: August 22, 2019

               HONORABLE JOHN F. WALTER
               United States District Judge